■ In the Matter of ANTHONY THOMAS et al., Petitioners, v JUSTICES OF THE SUPREME COURT OF THE STATE OF NEW YORK, QUEENS COUNTY, et al., Respondents. [756 NYS2d 909] —Proceeding pursuant to CPLR article 78 in the nature of prohibition, inter alia, to preclude the respondent Honorable Roger N. Rosengarten from retrying the petitioners in a criminal action entitled *People v Anthony Thomas and Thomas Boone,* pending in the Supreme Court, Queens County, under Indictment No. 951/01.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The petitioners failed to join and serve a necessary party, the District Attorney of Queens County (*see* CPLR 7804 [i]). Feuerstein, J.P., Smith, H. Miller and Townes, JJ., concur.